JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO FRAUSTO, | Case No. CV 12-03929-RGK (MRWx) |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| VS. | |
| CONSTANCE CETTI, | |
| Defendant(s). | |

On May 8, 2012, the Court issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction. Plaintiff's response was due on or before May 21, 2012. As of today's date, no response has been filed, therefore, the case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE